UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| JOHN McDONALD,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DOMINO'S PIZZA, LLC and DOMINO'S PIZZA, INC., a Michigan corporation; DEBBIE PEAR, individually,<br><br>　　　　　　　Defendants. | 02:02-cv-00311-LRH (PAL)<br><br>ORDER |

WHEREAS, Judgment Creditor D.P. Alexander and Las Vegas Boulevard, LLC, have objected to the order (Doc. #47) entered by the Magistrate Judge and the objection (Doc. #48) to quashing a writ of execution upon Plaintiff John McDonald's interest in the above-entitled action, and

WHEREAS, the Supreme Court of the United States on the date of February 22, 2006, affirmed the order of this court granting summary judgment in favor of Defendant (Doc. #57), and

WHEREAS, the objection to Magistrate's Order and Motion to Alter or Amend Pursuant to F.R.C.P. Rule 59 (Doc. #48) is now moot,

IT IS HEREBY ORDERED that the objection and motion to alter or amend (Doc. #48) is DENIED.

DATED this 24th day of March, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE